UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLEEN BURGHART, Administrator of the estate of Nicole Burghart; and LAWRENCE DOLAN, as Guardian ad Litem for H.G., a minor individual,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH CORRECTIONAL ENTITY, a Governmental Administrative Agency; CRYSTAL REHTOLC-CANTU; SCORE JOHN DOES 1-10; NAPHCARE, INC.; ROBIN OLSEN; KERI JAMES; ANGELICA DELEON MCKEOUGH; NAPHCARE JOHN DOES 1-10; TECHCARE JOHN DOE ENTITY,<br><br>Defendant. | C22-1248 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' joint motion to stay the deadline to file an amended complaint, docket no. 32, is GRANTED in part. The Court STAYS the deadline for sixty (60) days, with Plaintiffs to file any amended complaint by Friday, April 7th, 2023.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of February, 2023.

                                          Ravi Subramanian
                                          Clerk

                                          s/Laurie Cuaresma
                                          Deputy Clerk

MINUTE ORDER - 2