UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLEEN BURGHART, Administrator of the estate of Nicole Burghart; and LAWRENCE DOLAN, as Guardian ad Litem for H.G., a minor individual,

Plaintiff,

v.

SOUTH CORRECTIONAL ENTITY, a Governmental Administrative Agency; CRYSTAL REHTOLC-CANTU; SCORE JOHN DOES 1-10; NAPHCARE, INC.; ROBIN OLSEN; KERI JAMES; ANGELICA DELEON MCKEOUGH; NAPHCARE JOHN DOES 1-10; TECHCARE JOHN DOE ENTITY,

Defendant.

C22-1248 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs are DIRECTED to file, under seal, documents providing H.G.'s full name and date of birth. The Court will DEFER its ruling on the Joint Stipulated Motion for Approval of Settlement, docket no. 34, until Plaintiffs do so.

MINUTE ORDER - 1

(2) The Court GRANTS the stipulated motion to seal the declaration of J. Nathan Bingham. Docket no. 35.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of March, 2023.

                                            Ravi Subramanian
                                            Clerk

                                            s/Laurie Cuaresma
                                            Deputy Clerk

MINUTE ORDER - 2