The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLEEN BURGHART, Administrator of the Estate of Nicole Burghart; and LAWRENCE DOLAN, as Guardian ad Litem for H.G., a minor individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTH CORRECTIONAL ENTITY ("SCORE"), a Governmental Administrative Agency; CRYSTAL REHTOLC-CANTU, an individual, SCORE JOHN DOES 1-10; NAPHCARE, INC., an Alabama Corporation; ROBIN OLSEN, an individual; KERI JAMES, an individual; ANGELICA DELEON MCKEOUGH, an individual; NAPHCARE JOHN DOES 1-10; and TECHCARE JOHN DOE ENTITY,<br><br>Defendants. | NO. 2:22-cv-01248-TSZ<br><br>STIPULATED MOTION TO SEAL DOCUMENTS RELATED TO TRUST<br><br>NOTE ON MOTION CALENDAR:<br>MAY 15, 2023 |

I.   RELIEF REQUESTED AND STATEMENT OF FACTS

In Dkt. 41, the Court directed the proceeds from this lawsuit to a special needs trust for the benefit of H.G. The parties jointly request that this Court allow for all documents related to the trust including the petition for an order approving the proposed trust, the proposed trust, the

STIPULATED MOTION TO SEAL DOCUMENTS
RELATED TO TRUST - 1
NO. 2:22-cv-01248-TSZ

**Krutch Lindell Bingham Jones, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

actual trust, and all future accountings and other trust-related updates to the court be filed under seal because they will inevitably include information related to the confidential settlement. Moreover, such trust-related information will be part of the settlement guardian ad litem's supplemental report, which the Court also ordered be filed under seal. Plaintiffs' counsel and Defendants' counsel conferred on the mutual need for confidentiality numerous times including but not limited to during a mediation conducted by phone and video on January 31, 2023, and over the weekend of May 13-14, 2023, and all parties agree that the documents related to the trust should remain under seal.

## II. ISSUE PRESENTED

Whether this Court should allow documents related to the trust to remain under seal.

## III. EVIDENCE RELIED UPON

Declaration of J. Nathan Bingham, Dkt. 45, and the court file.

## IV. AUTHORITY

Pursuant to LCR 5(g)(2)(B), a party may file a document under seal at the same time or after a motion to seal. Such a motion must include the basis for sealing and a certification that the party has met and conferred with all other parties in an attempt to reach agreement on the need to file the document under seal, to minimize the amount of material filed under seal, and to explore other alternatives to filing under seal. LCR 5(g)(3)(A).

The privacy interests of the minor warrant the sealing of documents related to the trust. If this motion is not granted, third parties will be able to gain access to private financial and health information about the minor. Additionally, since mutual confidentiality is a condition of the approved agreement, allowing the documents related to the trust to remain under seal, is the only way to effectuate the agreement.

STIPULATED MOTION TO SEAL DOCUMENTS
RELATED TO TRUST - 2
NO. 2:22-cv-01248-TSZ

KRUTCH LINDELL BINGHAM JONES, P.S.
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

V.     CONCLUSION

For the aforementioned reasons, the parties respectfully request that this Court issue an order authorizing that documents related to the trust be filed under seal.

Respectfully submitted this 15th day of May, 2023.

| | |
|---|---|
| KRUTCH LINDELL BINGHAM JONES, P.S.<br><br>By: */s/ J. Nathan Bingham*<br>J. Nathan Bingham, WSBA #46325<br>3316 Fuhrman Ave E, Suite 250<br>Seattle, Washington 98102<br>Telephone: (206) 682-1505<br>Facsimile: (206) 467-1823<br>Email: jnb@krutchlindell.com<br><br>*Attorneys for Plaintiff* | KEATING, BUCKLIN & MCCORMACK, INC., P.S.<br><br>By: */s/ Stewart A. Estes*<br>Stewart A. Estes, WSBA #15535<br>Sean M. Dwyer, WSBA #57281<br>801 Second Avenue, Suite 1210<br>Seattle, Washington 98104<br>Telephone: (206) 623-8861<br>Facsimile: (206) 2239423<br>Email: sestes@kbmlawyers.com<br>sdwyer@kbmlawyers.com<br><br>*Attorneys for Defendant SCORE and Rehtolc-Cantu* |

PERKINS COIE LLP

By: */s/ Cara Wallace*
David A. Perez, WSBA #43959
Elvira Castillo, WSBA #43893
Cara Wallace, WSBA #50111
Stephanie D. Olson, WSBA #50100
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Email: DPerez@perkinscoie.com
ECastillo@perkinscoie.com
CWallace@perkinscoie.com

*Attorneys for Defendants NaphCare, Inc., Robin Olsen, Keri James, and Angelica De Leon McKeough*

STIPULATED MOTION TO SEAL DOCUMENTS RELATED TO TRUST - 3
NO. 2:22-cv-01248-TSZ

Krutch Lindell Bingham Jones, P.S.
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

|   |   |
|---|---|
| | The Honorable Thomas S. Zilly |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLEEN BURGHART, Administrator of the Estate of Nicole Burghart; and LAWRENCE DOLAN, as Guardian ad Litem for H.G., a minor individual,

Plaintiff,

vs.

SOUTH CORRECTIONAL ENTITY ("SCORE"), a Governmental Administrative Agency; CRYSTAL REHTOLC-CANTU, an individual, SCORE JOHN DOES 1-10; NAPHCARE, INC., an Alabama Corporation; ROBIN OLSEN, an individual; KERI JAMES, an individual; ANGELICA DELEON MCKEOUGH, an individual; NAPHCARE JOHN DOES 1-10; and TECHCARE JOHN DOE ENTITY,

Defendants.

NO. 2:22-cv-01248-TSZ

ORDER GRANTING STIPULATED MOTION TO SEAL DOCUMENTS RELATED TO THE TRUST

This matter comes before the Court on the parties' stipulated motion to seal documents related to the trust (Dkt. 44), based on the privacy interests of the parties and minor beneficiary H.G. The Court finds that compelling reasons exist to seal these documents. The trust and other related documents such as ongoing accountings and other updates will contain confidential information related to the minor's health and finances and the agreement that the parties intended

ORDER GRANTING STIPULATED MOTION TO SEAL
DOCUMENTS RELATED TO THE TRUST - 1 NO. 2:22-
cv-01248-TSZ

to be mutually confidential. The parties' and minor beneficiary's privacy interests outweigh the public's interest in access to these documents. Therefore, the Court GRANTS the motion to seal documents related to the trust.

DATED this 16th day of May, 2023.

*Thomas S. Zilly*

Honorable Thomas S. Zilly
United States District Judge

ORDER GRANTING STIPULATED MOTION TO SEAL
DOCUMENTS RELATED TO THE TRUST - 2 NO. 2:22-cv-01248-TSZ