UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLEEN BURGHART, Administrator of the Estate of Nicole Burghart; and LAWRENCE DOLAN, as Guardian ad Litem for H.G., a minor individual,<br><br>      Plaintiffs,<br> v.<br><br>SOUTH CORRECTIONAL ENTITY; CRYSTAL REHTOLC-CANTU; SCORE JOHN DOES 1-10; NAPHCARE, INC.; ROBIN OLSEN; KERI JAMES; ANGELICA DELEON McKEOUGH; NAPHCARE JOHN DOES 1-10; and TECHCARE JOHN DOE ENTITY,<br><br>      Defendants. | C22-1248 TSZ<br><br>ORDER |

The Court having previously approved the settlement of the claims brought on behalf of the minor H.G., *see* Order (docket no. 41), defendants having already paid their respective portions of the settlement fund, which amount has been deposited into and currently remains in plaintiffs' counsel's IOLTA account, and the attorneys having telephonically confirmed that, except for the transfer of net settlement proceeds into a suitable special-needs trust, the settlement has been perfected, the Court hereby ORDERS as follows:

 (1) This case is DISMISSED with prejudice and without costs;

 (2) Plaintiffs' motion, docket no. 48, for an order to establish a self-settled special-needs trust, is STRICKEN without prejudice;

ORDER - 1

(3) Plaintiffs' counsel shall commence an action in the superior court of the county in which H.G. resides and transfer the net settlement proceeds to either a pooled-assets or self-settled special-needs trust as to which H.G. is the beneficiary;

(4) All future proceedings involving the special-needs trust shall occur in the appropriate state court;

(5) Upon transfer of the net settlement proceeds to the special-needs trust, plaintiffs' counsel shall file a report to this Court, and upon the filing of such report, the Settlement Guardian ad Litem is DISCHARGED from all duties and responsibilities in this matter;

(6) The Court retains jurisdiction over this case until the report described in Paragraph 5 is filed; and

(7) The Clerk is directed to send a copy of this Order to all counsel of record and to CLOSE this case.

IT IS SO ORDERED.

DATED this 23rd day of May, 2023.

_____
Thomas S. Zilly
United States District Judge

ORDER - 2